WRIGHT, FINLAY & ZAK, LLP
Nichole Glowin, Esq., SBN 262932
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200
nglowin@wrightlegal.net

Attorneys' for Defendants,
BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP and SETERUS, INC., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. erroneously sued herein as SETERUS, INC.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>ARSENIO A. SANTOS and MARTHA G. SANTOS,<br>　　　Debtors.<br>_____<br>ARSENIO A. SANTOS and MARTHA G. SANTOS,<br>　　　Plaintiffs,<br>vs.<br><br>BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP.; SETERUS, INC. and DOES 1 through 10, inclusive,<br><br>　　　Defendants.<br>_____ | Chapter: 13<br><br>BK Case No.: 09-33746<br>Adversary Case No.: 13-02346<br><br>**ORDER ON MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br>Hearing Date:　January 6, 2014<br>Hearing Time:　10:00 a.m.<br>Crtrm:　　　　28, Dept.: A<br>Location:　　　501 I Street<br>　　　　　　　Sacramento, CA 95814 |

　　The above-captioned matter came on for hearing on January 6, 2014 and was resolved after oral argument, in the courtroom of the Honorable Michael S. McManus, upon the Motion of Defendants BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS

RECEIVED
January 10, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005079936

SERVICING, LP ("BAC") and SETERUS, INC., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. erroneously sued herein as SETERUS, INC. ("Seterus") (sometimes hereinafter collectively referred to as "Defendants"), for dismissal of the above-referenced Adversary Complaint ("Adversary Complaint") of Plaintiffs ARSENIO A. SANTOS and MARTHA G. SANTOS ("hereinafter collectively referred to as "Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

Appearances are as noted on the record.

Based upon the moving papers, the opposition and reply papers, if any, the arguments of counsel and for good cause appearing, the Court rules as follows:

**IT IS HEREBY ORDERED:**

1)	That Defendants' Motion to Dismiss the Adversary Complaint of Plaintiffs is granted without leave to amend as to the first cause of action for Declaratory Relief.

2)	That Defendants' Motion to Dismiss is denied without prejudice as to all other causes of action set forth in Plaintiffs' Adversary Complaint.

3)	That Defendants have fourteen (14) days from the date of the hearing on the Motion to Dismiss to file a responsive pleading to Plaintiff's Adversary Complaint.

Dated: January 17, 2014

By the Court

Michael S. McManus
United States Bankruptcy Judge

-2-
ORDER ON MOTION TO DISMISS ADVERSARY COMPLAINT